UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANKONA GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK DREESEN, et al.,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-00297-MMD-CSD<br><br>**ORDER** |

Pro se plaintiff Sankona Graham, an inmate in the custody of the Nevada Department of Corrections, has submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 4). Plaintiff's IFP application is incomplete because he failed to submit a completed financial certificate and an inmate trust fund account statement for the previous six-month period with it. (*See* ECF No. 4). Plaintiff instead filed an emergency notice concluding that his life is in danger and prison staff refuse to sign his financial documents. (*Id.*) The Court construes the notice as a motion to consider Plaintiff's IFP application to be complete. The Court denies the motion but grants Graham an extension of time to address the matter of the filing fee, including by alternative means discussed below.

I.　　**DISCUSSION**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. See 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2. In forma pauperis status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. See 28 U.S.C. § 1915(b).

When inmates have difficulty obtaining the required financial certificate and inmate account statement for the previous six-month period from prison or jail officials, this Court has required them to complete and file the first three pages of the application to proceed in forma pauperis on the Court's approved form together with a declaration demonstrating that the plaintiff has done all that is possible to acquire the documents from prison or jail officials. If Plaintiff chooses this option, his declaration must include dates he requested his financial documents from prison officials, dates of his follow-up requests, names of the prison officials he spoke to about the matter, and their responses. If Graham's declaration demonstrates that he has done all that was possible to obtain his financial documents from prison officials, the Court will consider his IFP application to be complete.

## II. CONCLUSION

It is therefore ordered that Plaintiff's emergency notice (ECF No. 4) is construed as a motion to consider his application to proceed in forma pauperis to be complete, and that motion is denied.

It is further ordered that Plaintiff has **until September 20, 2024**, to either (1) pay the full $405 filing fee, (2) file a new fully complete application to proceed in forma pauperis with all three of the required documents, or (3) complete and file the first three pages of the application to proceed in forma pauperis together with a declaration detailing the efforts that Plaintiff took to acquire the financial certificate and inmate account statement from prison officials.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complaint

1 | and either pay the full filing fee or file a complete application for *in forma pauperis* status.
2 |     The Clerk of the Court is directed to send Plaintiff Sankona Graham the approved
3 | form application to proceed *in forma pauperis* for an inmate and instructions for the same.
4 |
5 | DATED: July 23, 2024
6 |
7 | 
                    UNITED STATES MAGISTRATE JUDGE