UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANKONA GRAHAM,<br><br>                Plaintiff,<br>    v.<br>FRANK DREESEN, *et al.*,<br><br>                Defendants. | Case No. 3:24-cv-00297-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Sankona Graham moves to dismiss this action without prejudice, arguing that "HDSP has in fact made amends and is trying. No grudge for any NDOC misconduct is held and HDSP has been making improvements." (ECF No. 40 at 3 ("Motion").) Graham's Motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF No. 40) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and so construed, the Motion is granted.

It is further ordered that this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* and pending motions for relief (ECF Nos. 6, 22, 27, 28, 29, 35, 36) are denied as moot.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 10th Day of April 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE